**JTLE INVESTMENTS LLC (d.b.a. Hang Smart), v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A"**

# Schedule A

| Defendant No. | Product Brand Name(s) | Defendant Seller Alias | Amazon Merchant ID |
|---|---|---|---|
| 1 | BUSHAD | BUSHAD | A2DCMUILPR9O58 |
| 2 | SmokeBar | SmokeBar Shop | A2819WF3RH2IA1 |
| 3 | Taigin | Taigin US | A7D0R06YRWVI2 |
| 4 | ZGHCLS / ZGHZLC | Dixinyue Ltd | AVUVCVQ5LXZV9 |
| 5 | PPQ | JR_innvoate2022 | A372JY56L498GW |